UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) No. 4:05CV732 RWS |
| | ) |
| DAVID W. ELKINS, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT ENTERED BY DISTRICT CLERK

Pursuant to Fed. R. Civ. P. 55(b)(1), Judgment by default is hereby entered in favor of the Plaintiff, United States of America, and against defendant DAVID W. ELKINS, in the sum of $9,990.42, ($6,811.19 principal, $3,179.23 interest to July 8, 2005), plus interest until the date of judgment, and post-judgment interest at the legal rate as provided by law.

DATED: Aug. 17, 2005

James G. Woodward
JAMES WOODWARD
Clerk, U.S. District Court
Eastern District of Missouri